CASE NO. 30068

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS | § | 354TH JUDICIAL DISTRICT |
| | § | |
| | § | |
| CHARLES FRANCIS WILLIAMS | § | HUNT COUNTY, TEXAS |

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
2/12/2015 04:13 AM
DEBBIE AUTREY
Clerk

## NOTICE OF APPEAL

## TO THE HONORABLE JUDGE OF SAID COURT:

Now comes, CHARLES FRANCIS WILLIAMS Defendant in the above styled and numbered causes, and gives this written notice of appeal to the Texarkana Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against CHARLES FRANCIS WILLIAMS.

Respectfully submitted,

Law Office of Jason A. Duff
2615 Lee St
P.O. Box 11
Greenville, TX 75403
Tel: (903) 455-1991
Fax: (903) 455-1417

By:_____

Jason A. Duff
State Bar No. 24059696
Attorney for CHARLES FRANCIS WILLIAMS

## CERTIFICATE OF SERVICE

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on February ____11____, 2015.

Jason A. Duff
Attorney for Respondent

SCANNED



CASE NO. 30068      COUNT 1
INCIDENT NO./TRN: 9128382862 A001

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| v. | § | |
| | § | OF HUNT COUNTY, TEXAS |
| CHARLES FRANCIS WILLIAMS | § | |
| | § | |
| STATE ID NO.: TX 06973124 | § | 354TH JUDICIAL DISTRICT |

**FILED** JAN 28 2015 CLERK, DISTRICT COURT, HUNT CO., TX

## TRIAL COURT'S CERTIFICATION OF DEFENDANT'S RIGHT OF APPEAL

I, RICHARD A. BEACOM, JR. ,Judge of the trial court certify this criminal case:

☒ is not a plea bargain case, and the defendant has the right of appeal; or

☐ is a plea bargain case, but matters were raised by written motion filed and ruled on before trial and not withdrawn or waived and the defendant has the right of appeal; or

☐ is a plea bargain case, but the trial court has given permission to appeal; and the defendant has the right to appeal; or

☐ is a plea bargain case, and the defendant has NO right of appeal; or

☐ the defendant has waived the right of appeal.

Signed on 01-28-2015.

_____
HONORABLE RICHARD A. BEACOM, JR.
354 TH JUDICIAL DISTRICT COURT

    I have received a copy of this certification. I have also been informed of my rights concerning any appeal of this criminal case, including any right to file a pro se petition for discretionary review pursuant to Rule 68 of the Texas Rules of Appellate Procedure. I have been admonished that my attorney must mail a copy of the court of appeals' judgment and opinion to my last known address and I have only thirty (30) days in which to file a pro se petition for discretionary review in the court of appeals. TEX. R. APP. PRO. R. 68.2. I acknowledge that, if I wish to appeal this case and if I am entitled to do so, it is my duty to inform my appellate attorney, by written communication, of any change in the address at which I am currently living or any change in my prison unit. I understand that, because of appellate deadlines, if I fail to timely inform my appellate attorney of any change in my address, I may lose the opportunity to file a pro se petition for discretionary review.

_____
Defendant (MUST SIGN)

_____
Attorney for Defendant

Mailing Address: _____

SBN: _21497300_

Telephone number: _____

Address: P.O. BOX 324
             GREENVILLE, TEXAS 75403-0324
Telephone Number: 903-454-6096
Fax Number: 903-454-0446